# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| TRISTAR PRODUCTS, INC., : | |
| : | Civil Action No. 08-6263 (PGS) |
| Plaintiff, : | |
| v. : | |
| : | ORDER |
| SAS GROUP, INC., : | |
| Defendant. : | |

This matter having come before the court on defendant's motions to dismiss for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) and for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6), and the Court having considered the submissions of the parties, and for the reasons set forth in the Opinion of this date,

IT IS on this 9th day of September, 2009

ORDERED, that the motions are denied.

*s/Peter G. Sheridan*
PETER G. SHERIDAN, U.S.D.J.

September 9, 2009