UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------X

TRISTAR PRODUCTS INC.
490-492 Route 46 East
Fairfield, NJ 07004

Civil Action No. 08-6263 (PGS)

              Plaintiff,

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE**

   v.

SAS GROUP, INC.
220 White Plains Road, Suite 135
Tarrytown, NY 10591
              Defendant.

------------------------------------------------X

WHEREAS, the parties have agreed to settle this action;

IT IS HEREBY, stipulated and agreed by and between Plaintiff Tristar Products, Inc. and

SAS Group, Inc., by and through their respective undersigned counsel, that the above-captioned

action be dismissed in its entirety, with prejudice, and without fees or costs awarded to either

party, pursuant to Fed.R.Civ.P. 41.

Dated: October 7, 2009
       Newark, New Jersey

VENABLE, LLP

By: Shaffin A. Datoo
Counsel for Plaintiff Tristar
*Products, Inc*
Rockefeller Center
25th Floor
New York, NY
(212) 307-5669

HOFFMAN & BARON, LLP

By: Jon Chiodo
Counsel for Defendant *SAS Group, Inc.*
6 Campus Drive
Parsippany, NJ 07054
(973) 331-1700

**So-Ordered**

Hon. Peter G. Sheridan, U.S.D.J.